# EXHIBIT 1

Complaint



# United States of America
## United States Patent and Trademark Office

# JUSTICE4YOU

**Reg. No. 6,509,764**
**Registered Oct. 05, 2021**
**Int. Cl.: 45**
**Service Mark**
**Principal Register**

Clayeo C. Arnold, A Professional Corporation
 (CALIFORNIA CORPORATION)
865 Howe Avenue
Sacramento, CALIFORNIA 95825

CLASS 45: Legal services

FIRST USE 00-00-2007; IN COMMERCE 00-00-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-398,318, FILED 12-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

