# EXHIBIT 2

Complaint

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90398318 | FILING DATE | 12/21/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SHIH, SALLY | L.O. ASSIGNED | 106 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 06/18/2021 |
| PUB DATE | 07/20/2021 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 06/17/2021 |
| LITERAL MARK ELEMENT | JUSTICE4YOU |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | JUSTICE4YOU |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Clayeo C. Arnold, A Professional Corporation |
|---|---|
| ADDRESS | 865 Howe Avenue<br>Sacramento, CA 95825 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 045 |
|---|---|
| DESCRIPTION TEXT | Legal services |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 045 | FIRST USE DATE | 00/00/2007 | FIRST USE IN COMMERCE DATE | 00/00/2007 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | JUSTICE FOR YOU; JUSTICE FOUR YOU |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 06/17/2021 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 06/16/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 03/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 12/24/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joshua M. Gerben, Esq. |
|---|---|
| CORRESPONDENCE ADDRESS | JOSHUA M. GERBEN, ESQ.<br>GERBEN PERROTT PLLC<br>1050 CONNECTICUT AVE. NW<br>SUITE 500<br>WASHINGTON, DC 20036 |
| DOMESTIC REPRESENTATIVE | NONE |